THE PEOPLE OF THE STATE OF NEW YORK ex rel. WALLINGTON APARTMENTS, INC., Appellant, against WILLIAM S. MILLER et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

Argued May 25, 1942; decided June 4, 1942.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 288 N. Y. 31.)